1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11

12  ERIC REASON, et al.;              No. 20-cv-01900-WBS-EFB

13            Plaintiffs,

14      v.                            ORDER

15  CITY OF RICHMOND, a municipal
    corporation; the ESTATE OF
16  VIRGIL THOMAS, individually and
    in his capacity as Police
17  Sergeant for the CITY OF
    RICHMOND; Defendants.

18

19                          ----oo0oo----

20          The court held a status conference on March 15, 2021

21  with plaintiffs' counsel and the counsel for the City of

22  Richmond.  As discussed in the hearing, plaintiffs did not have

23  leave of court to file a second amended complaint.  Moreover,

24  plaintiffs filed their second amended complaint outside of the 20

25  days granted by the court to file an amended complaint in its

26  January 12, 2021 order.  (See Docket No. 14.)  The court will

27  therefore STRIKE the second amended complaints filed by

28  plaintiffs (Dockets No. 23 and 30).

                                1

1          Plaintiffs may file a motion for leave to file the

2    document previously identified as Docket No. 30 as a new Second

3    Amended Complaint by March 17, 2021.  The City of Richmond shall

4    file its opposition by March 31, 2021.  Plaintiffs shall file

5    their reply by April 7, 2021.  The court shall hear the motion at

6    1:30 PM on April 12, 2021.

7          IT IS SO ORDERED.

8    Dated:   March 15, 2021

9                                    WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    2