UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ERIC REASON, et.al., | No. 20-cv-01900-WBS-EFB |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF RICHMOND, a municipal corporation, et. al., | |
| Defendants. | |

----oo0oo----

Assuming, without deciding, that plaintiffs' filing of their Second Amended Complaint was an attempt to exercise their right to amend their pleading once as a matter of course pursuant to Federal Rule of Civil Procedure 15(a)(1), within three days of the signing of this Order plaintiffs are directed to re-file their Second Amended Complaint which the court previously struck (Docket No. 30). For the reasons discussed in the hearing on April 12, 2021, the court does not address defendants' arguments about futility, the relevant statute of limitations, or scope of

1

employment in this order; rather, defendants will be permitted to address the sufficiency of plaintiffs' allegations in a motion to dismiss.  No further amendments to the pleadings will be permitted without stipulation between the parties or leave of court.

IT IS SO ORDERED.

Dated: April 12, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE