**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
LAWYERSFTP.COM
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REASON, | Case No.: 2:20-cv-01900-WBS-JDP |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND CASE DEADLINES |
| CITY OF RICHMOND, et al, | |
| Defendants. | |

**NOTICE**
- 1 -

WHEREAS, the parties are working to complete discovery and conduct depositions.

WHEREAS, both parties' counsels were involved in trial and vacations that spanned several weeks and impacted the parties' ability to conduct discovery.

WHEREAS, the Court set the current case deadlines as follows:

| | |
|---|---|
| Expert Disclosures | – 7/29/2022 |
| Rebuttal Expert Disclosures | – 8/31/2022 |
| Close of Discovery | – 9/30/2022 |
| L/D File Dispositive Motion | – 12/15/2022 |
| Final Pretrial Conference | – 2/27/2023 |
| Trial | – 4/25/2023 |

WHEREAS, the parties met and conferred and request the following 60 day extension which would not affect any of the Court's scheduled hearings:

| | |
|---|---|
| Expert Disclosures | – 9/29/2022 |
| Rebuttal Expert Disclosures | – 10/31/2022 |
| Close of All Discovery | – 11/30/2022 |
| L/D File Dispositive Motion | – 12/15/2022 |
| Final Pretrial Conference | – 2/27/2023 |
| Trial | – 4/25/2023 |

The Parties JOINTLY REQUEST and STIPULATE to extending the discovery deadlines by 60 days in accordance with the proposed amended schedule above

Date: July 5, 2022                                **POINTER & BUELNA, LLP**
                                                  **LAWYERS FOR THE PEOPLE**

                                                  /s/ Patrick Buelna
                                                  PATRICK M. BUELNA
                                                  COUNSEL FOR PLAINTIFF

Date: July 5, 2022

                                                  /s/ Kevin Gilbert (Auth: 7-5-2022)
                                                  KEVIN GILBERT
                                                  COUNSEL FOR DEFENDANTS

IT IS SO ORDERED: The dates are modified as follows:

| | |
|---|---|
| Expert Disclosures | – 9/29/2022 |
| Rebuttal Expert Disclosures | – 10/31/2022 |
| Close of All Discovery | – 11/30/2022 |
| L/D File Dispositive Motion | – 12/15/2022 |
| Final Pretrial Conference | – **3/27/2023 at 1:30 p.m.** |
| Trial | – **5/23/2023 at 9:00 a.m.** |

Dated:  August 1, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE