**MELISSA C. NOLD, Esq. SBN 301378**
NOLD LAW
Russo Building
521 Georgia Street
Vallejo, California 94590
Telephone: (707)644-4004
melissa@noldlaw.com

**ADANTÉ D. POINTER, ESQ., SBN 236229**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Wells Fargo Center
1901 Harrison St., Suite 1140
Oakland, CA 94612
Tel: (510) 929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REASON, et al. | CASE NO.:  2:20-cv-01900-WBS-JDP |
| Plaintiffs, | |
| vs. | STIPULATION AND ORDER TO EXTEND CASE DEADLINES |
| CITY OF RICHMOND, et al. | |
| Defendants. | |

WHEREAS, the parties are working amicably to schedule and conduct depositions.

WHEREAS, Plaintiffs' counsel is preparing a civil rights and wrongful death trial in the Eastern District. (Case number 2:19-cv-0374.)

WHEREAS, Plaintiffs' counsel experienced unexpected illness during the designated discovery period.

WHEREAS, the Court set the current case deadlines as follows:

1

| | | |
|---|---|---|
| | Expert Disclosures | -09/29/2022 |
| | Rebuttal Expert Disclosures | -10/31/2022 |
| | Close of Discovery | -11/30/2022 |
| | L/D File Dispositive Motion | -12/15/2022 |
| | Final Pretrial Conference | -03/27/2023 |
| | Trial | -05/23/2023 |

WHEREAS, the parties met and conferred and request the following 90 day extension:

| | | |
|---|---|---|
| | Expert Disclosures | –01/13/2023 |
| | Rebuttal Expert Disclosures | – 02/10/2013 |
| | Close of Discovery | – 03/10/2023 |
| | L/D File Dispositive Motion | – 03/24/2023 |
| | Final Pretrial Conference | – 05/22/2023 |
| | Trial | – 09/11/2023 |

The Parties JOINTLY REQUEST and STIPULATE to extending the discovery deadlines by 90 days in accordance with the proposed amended schedule above

Date: September 28, 2022             **NOLD LAW**

/s/ Melissa C. Nold
MELISSA C. NOLD
COUNSEL FOR PLAINTIFF

Date: September 28, 2022

/s/Kevin Gilbert
KEVIN GILBERT
COUNSEL FOR DEFENDANTS

2

IT IS SO ORDERED:  The dates are extended as follows:

| | |
|---|---|
| Expert Disclosures | 01/13/2023 |
| Rebuttal Expert Disclosures | 02/10/2013 |
| Close of Discovery | 03/10/2023 |
| L/D File Dispositive Motion | 03/24/2023 |
| Final Pretrial Conference | **06/05/2023 at 1:30 p.m.** |
| Jury Trial | **09/12/2023 at 900 a.m.** |

Dated:  September 30, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE