**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
155 Filbert Street, Suite 208
Oakland, CA 94607
LAWYERSFTP.COM
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REASON, et al., | Case No.: 2:20-cv-01900-WBS-JDP |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER TO CONTRIAL PRETRIAL AND TRIAL DATES |
| CITY OF RICHMOND, et al, | |
| Defendants. | |

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

POINTER & BUELNA, LLP - LAWYERS FOR THE PEOPLE
155 Filbert St., Ste. 208, Oakland, CA 94607
Tel: (510) 929 - 5400

1

WHEREAS, the Court recently moved the trial date to October 11, 2023. (ECF 75)

2

WHEREAS, Plaintiffs' counsels have a wrongful death trial in Vang v. City of

3

Sacramento, Case No.: 2:19-cv-00374-JAM-JDP set before Hon. John A. Mendez in the

4

Eastern District on October 2, 2023.

5

WHEREAS, the Vang trial will proceed because it is a retrial after a hung jury last year.

6

The trial took 3 weeks last time and the parties expect it to take approx. the same this

7

time. As such, Plaintiffs' counsel reached out to Defendants who agreed to request the

Court for alternate trial dates

8

WHEREAS, the parties reached out to the Court's deputy and learned that Nov. 20,

9

2023 for a Pretrial Conference and January 9, 2024 for a trial were available.

10

The Parties JOINTLY REQUEST and STIPULATE to continuing the pretrial and trial

11

to Nov. 20, 2023 for a Pretrial Conference and January 9, 2024 for a trial, with the deadlines for

12

all pretrial submissions to be based upon the new pretrial conference and trial dates.

13

Date: June 20, 2023                    **POINTER & BUELNA, LLP**
                                        **LAWYERS FOR THE PEOPLE**

14

15

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFF

16

17

Date: June 16, 2023

18

/s/ Kevin Gilbert (Auth: 6-16-2023)
KEVIN GILBERT
COUNSEL FOR DEFENDANTS

19

20

        **IT IS SO ORDERED:**

21

The Pretrial Conference is reset for Nov. 20, 2023 at 1:30 p.m., and the Jury Trial is

22

reset for January 9, 2024 at 9:00 a.m.  All pretrial submissions to be based upon the new pretrial

23

conference and jury trial dates, and any further orders issued by this Court.

24

Dated:  June 21, 2023

25

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

26