**MELISSA C. NOLD, ESQ., SBN 301378**
NOLD LAW
521 Georgia Street
Vallejo, CA 94590
707-644-4004
Email: melissa@noldlaw.com
]

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REASON, et al, | Case No.: 2:20-cv-01900 WBS-CKD |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS** |
| CITY OF RICHMOND, et al., | |
| Defendants. | |

The parties, PLAINTIFFS and DEFENDANTS hereby submit the following stipulation requesting an extension to file the Minors Compromises and Dispositional Documents.

Whereas, unforeseen delays and holiday schedules delayed the completion of annuity preparation for the minor Plaintiffs.

The parties respectfully request the court extend the deadline to file the Dispositional documents until February 2, 2024, to allow the finalization of the minor Plaintiffs' annuities and Minors Compromises.

Respectfully submitted,

DATED:  January 17, 2024            NOLD LAW
                                    /s/ *Melissa C. Nold*
                                    Melissa Nold
                                    Attorney for Plaintiffs


                                    s/Nicholas D. Fine
                                    Nicholas D. Fine
                                    Attorney for Defendant City of Richmond

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REASON, ET AL., | Case No.: 2:20-cv-01900 WBS-CKD |
| Plaintiffs, | |
| v. | ORDER TO EXTEND DEADLINE TO FILE DISPOSITIONAL DOCUMENTS |
| CITY OF RICHMOND, ET AL., | |
| Defendants. | |

ORDER

Upon the showing of good cause, the court extends the time for the parties to file dispositional documents to February 2, 2024.

IT IS SO ORDERED.

Dated: January 18, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE