1  Kevin E. Gilbert, Esq. (SBN: 209236)
   kgilbert@ohhlegal.com
2  **ORBACH HUFF & HENDERSON LLP**
   6200 Stoneridge Mall Road, Suite 225
3  Pleasanton, CA  94588
   Telephone:    (510) 999-7908
4  Facsimile:    (510) 999-7918

5

6  Attorney for Defendant
   CITY OF RICHMOND

7

8                  UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10  ERIC REASON, an individual; et al.,          Case No.  20-cv-01900-WBS-JDP

11                   Plaintiffs,                 **STIPULATION AND ORDER TO
                                                 DISMISS ENTIRE ACTION WITH
12  v.                                           PREJUDICE**

13
    CITY OF RICHMOND, a municipal
14  corporation; and VIRGIL THOMAS,
    individually and in his capacity as Police
15  Sergeant for the CITY OF RICHMOND,

16
                     Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and  Order to Dismiss Entire Action With Prejudice [20-cv-1900-WBS-JDP]

**STIPULATION**

Plaintiffs ERIC REASON; STEPHANIE BASS; RASHEED REASON; TYRIQUE REASON; K.R., by and through his Guardian Ad Litem LATISHA PARKER; P.R., by and through his Guardian Ad Litem LATISHA PARKER; N.M., by and through her Guardian Ad Litem NIA MILLS; E.L.R., by and through his Guardian Ad Litem SHAWNTAY DAVIS; I.R.V., by and through his Guardian Ad Litem JULIA VELASQUEZ (collectively, "Plaintiffs"), and Defendant CITY OF RICHMOND ("Defendant") (altogether collectively, "Parties"), by and through their respective counsel in the above-captioned matter, hereby stipulate, under Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), that all claims and causes of action in this matter be dismissed with prejudice, with Plaintiffs and Defendant to each bear their own attorneys' fees and costs.

**IT IS SO STIPULATED AND AGREED.**

Dated:  July 25, 2024          **POINTER & BUELNA, LLP**

                              By: */s/ Patrick M. Buelna*
                              _____
                                  Patrick M. Buelna
                                  Attorney for Plaintiffs

Dated:  July 25, 2024          **LAW OFFICE OF MELISSA C. NOLD**

                              By: */s/ Melissa C. Nold*
                              _____
                                  Melissa C. Nold
                                  Attorney for Plaintiffs

Dated:  July 25, 2024          **ORBACH HUFF + HENDERSON LLP**

                              By: */s/ Kevin E. Gilbert*
                              _____
                                  Kevin E. Gilbert
                                  Attorney for Defendant

- 1 -

ORBACH HUFF & HENDERSON LLP

1

**ORDER**

2          Pursuant to the stipulation of the Parties under Federal Rules of Civil Procedure Rule

3   41(a)(1)(A)(ii), IT IS HEREBY ORDERED that all claims and causes of action are

4   DISMISSED WITH PREJUDICE, with Plaintiffs and Defendant to each bear their own

5   attorneys' fees and costs.

6

7          **IT IS SO ORDERED.**

8

Dated:  July 26, 2024

9                                              WILLIAM B. SHUBB
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

Stipulation and Order to Dismiss Entire Action With Prejudice [20-cv-1900-WBS-JDP]